# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| THE CHARTER OAK FIRE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No.: 2:17-cv-0752-JEO |
| G&R MINERAL SERVICES, INC. and LHOIST NORTH AMERICA OF ALABAMA, LLC, | ) ) ) ) ) |
| Defendants. | ) |

## FINAL ORDER

For the reasons stated in the Memorandum Opinion entered herewith, the motion to dismiss filed by Defendant Lhoist North America of Alabama, LLC (Doc. 9), joined by Defendant G&R Mineral Services, Inc. ("G&R") (Doc. 14), based on abstention, is **GRANTED**. Accordingly, this declaratory judgment action filed by Plaintiff Charter Oak Fire Insurance Company is **DISMISSED WITHOUT PREJUDICE**. G&R's motion to stay these proceedings in relation to Count II of the complaint, included in G&R's reply brief in support of the motion to dismiss (Doc. 30 at 4-6) is **MOOT**. The Clerk is **DIRECTED** to close the file.

**DONE**, this the 9th day of February, 2018.

_____
**JOHN E. OTT**
Chief United States Magistrate Judge